DORA SMITH
901 VICTOR AVE., # 2
INGLEWOOD, CA 90302
Defendant (In Pro Per)

FILED

2016 JUL 13 PM 12: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FREDDIE L. BLACKSHEAR

Plaintiff,

vs.

DORA SMITH, *ALEXANDRA Smith,*
and DOES 1 to 20, Inclusive

Defendants

CASE NO.
CV16-05151 MWF (AGR)

NOTICE OF REMOVAL UNDER
28 USC, section 1331-1446

To the clerk of the United States District Court for the Central District of California.

Please take notice that the Defendant, Dora Smith, hereby removes to this court

the State Court action described below:

Defendant Dora Smith, above referenced, herewith gives notice that this action is

removed to the United States District Court for the Central District of California from the

Superior Court of California, 1725 Main Street, Santa Monica, California, in the county

of Los Angeles, California.

Pursuant to 28 U.S.C., section 1441, Defendant further states as follows:

That defendants are named as the defendant in a civil action filed in the Superior Court, 1725 Main Street, Santa Monica, California, 90401, in the county of L.A. California. Titled "Freddie Blackshear vs. Dora Smith; Alexandra Smith, et al", said case is Case No. 16 R 02802.

The above referenced action was commenced by Plaintiff when Plaintiff filed a Summons and Complaint in the aforementioned court, case # 16 R 02802,   entitled "Freddie L. Blackshear vs. Dora Smith; Alexandra Smith, et al"..

Defendant was served with the Summons and Complaint in June of 2016.

Defendant has not filed pleadings in the state court action, other than an Answer to Complaint to Unlawful Detainer as deemed necessary.

The following activity of said case is attached hereto and incorporated herein by reference:

Exhibit A:
Complaint for Unlawful Detainer, filed in June of 2016.

4. The above mentioned is a civil action of which this court has jurisdiction under 28 U.S.C., section 1443 (1):  Denial of due process in Unlawful Detainer -- Eviction after foreclosure and / or rental lease and ejectment (Applicable, alternatively, to a rental unit), in that the rules of evidence and civil procedure are applied without equal protection.

The amount in controversy includes up to, but is not limited to, an actuary exceeding $75,000, if so determined by plaintiff.

3

Therefore, this is a civil action over which this court has original jurisdiction and the action is removable to this court pursuant to 28 U.S.C., section 1441(a) and 1446.

Pursuant to the aforementioned, above, the facts of the case are as follows:

A.  Plaintiff claims to be the owner of the real property that Defendants live in as of the time of the Unlawful Detainer case filing in June, 2016, per the subject property located at 901 Victor Ave., # 2, Inglewood, CA, 90302, County of Los Angeles, and seeks to evict Defendant from the real property.

However, no landlord / tenant relationship exists between Plaintiff and Defendant. Further, plaintiff is claiming that possession to property referenced above was extinguished by a Writ of Possession, however, plaintiff is not a bona fide purchaser, or subsequent purchaser. to the property.

Whereby,

Plaintiff, and plaintiff's attorney, are not proceeding in the manner required by the Code of Civil Procedure, and particularly the rules in evidence that state:

viz., Code of Civil Procedure section 128.7 provides that when an attorney or party presents a pleading, motion or similar paper to the court, an implied "certification" as to its legal and factual merit is made, and is subject to sanctions for violation of this certification.

Defendant is now stonewalled while trying to bring this and other facts to the court's attention, as plaintiff has now received judgment against against Defendant, even while Defendant Dora Smith was formerly in negotiations with Plaintiff.

4

Plaintiff's counsel therefore has, in effect, used their knowledge of the law attempting to prevent Defendant from fully and accurately presenting her case.

Defendant is, therefore, being denied her due process right and equal protection under the 14th Amendment to protect her tenancy.

B.   Further, the rules of evidence prohibit, under objection, evidence from being admitted without authentication, and personal knowledge.  Defendants' (Including the one subject of this removal) rights to equal protection under the law are non-existent in state court unlawful detainer actions.

Therefore, the actions of Counsel for Plaintiff, and the State Court are depriving Defendant of due process of law in that she is being dispossessed of her property,  in noncompliance with the express language of the aforementioned referenced statute.  The State Court could easily be backed by the appellate department thereby forcing Defendant to continue to fight for her property from outside of her home..

WHEREFORE, Defendant prays that the above action now pending in the Superior Court, 1725 Main Street, Santa Monica, CA , 90401, and bearing Case No. 16 R 02802,  be removed to this court.

Dated:   07/12/2016

_____

DORA SMITH

( Defendant, In Pro Per )

UD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

FREDDIE L BLACKSHEAR
6656 S. HALM AVE
L. A. CA 90056

TELEPHONE NO.: 310-649-0467    FAX No. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):  IN PRO PER

**FOR COURT USE ONLY**

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 13 2016

Sherri R. Carter, Executive Officer/Clerk
By Darrietta Smith, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS:  1725 MAIN ST
MAILING ADDRESS:  SANTA MONICA, CA 90401
CITY AND ZIP CODE:
BRANCH NAME:  SANTA MONICA JUDICIAL DISTRICT

PLAINTIFF:  FREDDIE L BLACKSHEAR

DEFENDANT:  DORA SMITH, ALEXANDRA SMITH

☒ DOES 1 TO  20

| COMPLAINT—UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| ☒ COMPLAINT ☐ AMENDED COMPLAINT (Amendment Number): _____ | 16R02802 |

Jurisdiction (check all that apply):
☒ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☒ does not exceed $10,000
☐ exceeds $10,000 but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
☐ from unlawful detainer to general unlimited civil (possession not in issue)
☐ from unlawful detainer to general limited civil (possessive no in issue)
☐ from limited to unlimited
☐ from unlimited to limited

1. PLAINTIFF (name each):  FREDDIE L BLACKSHEAR

alleges causes of action against DEFENDANT (name each):  DORA SMITH
ALEXANDRA SMITH

2. a. Plaintiff is (1) ☒ an individual over the age of 18 years. (4) ☐ a partnership.
(2) ☐ a public agency  (5) ☐ a corporation.
(3) ☐ other (specify):
b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify:)

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
901 VICTOR AVE #2
INGLEWOOD, CA 90302

4. Plaintiff's interest in the premises is ☒ as owner ☐ other (specify):

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about (date): DEC 4, 2015  defendant (name each): DORA SMITH
ALEXANDRA SMITH
(1) agreed to rent the premises as a ☒ month-to-month tenancy ☐ other tenancy (specify):
(2) agreed to pay rent of $ 1275.00 payable ☒ monthly ☐ other (specify frequency):
(3) agreed to pay rent on the ☐ first of the month ☒ other day (specify): 4th OF EA MONTH
b. This ☒ written ☐ oral agreement was made with
(1) ☒ plaintiff.  (3) ☐ plaintiff's predecessor in interest.
(2) ☐ plaintiff's agent.  (4) ☐ other (specify):

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Page 1 of 3
Civil Code, § 1940 et seq.
Code of Civil Procedure, §§ 425.12, 1166
www.courtinfo.ca.gov

EXHIBIT "A"

| PLAINTIFF *(Name):* BLACKSHEAR | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* SMITH | 16RO2802 |

6. c. ☐ The defendants not named in item 6a are
   (1) ☐ subtenants.
   (2) ☐ assignees.
   (3) ☐ other *(specify):*

  d. ☐ The agreement was later changed as follows *(specify):*

  e. ☒ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

  f. ☐ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
   (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant *(name each):* DORA SMITH, ALEXANDRA SMITH

was served the following notice on the same date and in the same manner:
  (1) ☒ 3-day notice to pay rent or quit      (4) ☐ 3-day notice ot perform covenants or quit
  (2) ☐ 30-day notice to quit      (5) ☐ 3-day notice to quit
  (3) ☐ 60-day notice to quit      (6) ☐ Other *(specify):*

  b. (1) On *(date):* 6-6-16      the period stated in the notice expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.

  c. All facts states in the notice are true.

  d. ☒ The notice included an election of forfeiture.

  e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*

  f. ☐ One or mor defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)*

8. a. ☐ The notice in item 7a was served on the defendant named in item 7a as follows: DORA SMITH
   (1) ☐ by personally handling a copy to defendant on *(date):*    ALEXANDRA SMITH
   (2) ☐ by leaving a copy with *(name or description):*
    a person of suitable age and discretion, on *(date):*      at defendant's
    ☐ residence ☐ business   AND mailing a copy to defendant at defendant's place of residence on
    *(date):*      because defendant cannot be found at defendant's residence or usual place of business
   (3) ☒ by posting a copy on the premises on *(date):* 6-6-16    ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
    *(date):* 6-6-16   901 VICTOR AVE #2 INGLEWOOD, CA 90302
    (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
    (b) ☒ because no person of suitable age or discretion can be found there.
   (4) ☐ *(Not for 3-day notice; see Civil Codes, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date):*
   (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.

  b. ☐ *(Name):*
   was served on behalf of all defendants who signed a joint written rental agreement.

  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

  d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

EXHIBIT "A", P. 2

| PLAINTIFF (Name):  BLACKSHEAR | CASE NUMBER: |
|---|---|
| DEFENDANT (Name):  SMITH | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 1225.00

11. ☒ The fair rental value of the premises is $ 40.83 per day.

12. ☒ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 12.)

13. ☐ A written agreement between the parties provides for attorney fees.

14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

## 17. PLAINTIFF REQUESTS

a. possession of the premises.

b. costs incurred in this proceeding:

c. ☒ past-due rent of $ 1225.00

d. ☐ reasonable attorney fees.

e. ☒ forfeiture of the agreement.

f. ☒ damages at the rate stated in item 11 from (date): JUNE 4, 2016 for each day that defendants remain in possession through entry of judgement.

g. ☐ statutory damages up to $600 for the conduct alleged in item 12.

h. ☐ other (specify):

18. ☒ Number of pages attached (specify): 11

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. (Complete in all cases.) an unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)

a. Assistant's name:

b. Street address, city, and zip code:

c. Telephone No.:

d. County of registration:

e. Registration No.:

f. Expires on (date):

Date: 6-13-2016

FREDDIE L BLACKSHEAR
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-13-2016

FREDDIE L BLACKSHEAR
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF)

UD-100 [Rev. July 1, 2005]

COMPLAINT—UNLAWFUL DETAINER

Page 3 of 3

EXHIBIT "A", p.3

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

DORA SMITH
901 VICTOR AVE., # 2
INGLEWOOD, CA  90302

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE L. BLACKSHEAR | | CASE NUMBER |
| | PLAINTIFF(S), | |
| V. | | |
| DORA SMITH, et al | | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| | DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
LOS ANGELES _____, State of California, and not a party to the above-entitled cause. On 07/12/ _____, 20 16 _____, I served a true copy of NOTICE OF REMOVAL UNDER 29 USC, etc. _____

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: LOS ANGELES, CA _____

Executed on 07/12 _____, 20 16 _____ at LOS ANGELES _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
*Signature*                       *Party Served*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☒ ) | DEFENDANTS ( Check box if you are representing yourself ☒ ) |
|---|---|
| FREDDIE L. BLACKSHEAR | DORA SMITH ; ALEXANDRA SMITH, et al |

| (b) County of Residence of First Listed Plaintiff ,N/A  *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   LOS ANGELES  *(IN U.S. PLAINTIFF CASES ONLY)* |
|---|---|
| (c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.  FREDDIE L. BLACKSHEAR ( PRO SE), 6656 S. HALM AVE. L.A., CA 90056 | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.  901 VICTOR AVE., # 2 INGLEWOOD, CA 90302 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [ ] 1. Original Proceeding
- [X] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ N/A

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

CIVIL RIGHTS; REMOVAL TO FEDERAL COURT

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☒ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | **CV 16-05151** |
|---|---|---|

CV-71 (07/16)    CIVIL COVER SHEET    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? ☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☒ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☐ Yes ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☒ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br><br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br><br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☐ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?          ☒ NO          ☐ YES

      If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?

                                                                                                             ☒ NO          ☐ YES

      If yes, list case number(s): _____

Civil cases are related when they (check all that apply):

    ☐ A. Arise from the same or a closely related transaction, happening, or event;

    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

    ☐ A. Arise from the same or a closely related transaction, happening, or event;

    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

    ☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____     DATE: 07/12/2016

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |