NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DORA SMITH
901 VICTOR AVE., # 2
INGLEWOOD, CA  90302

FILED

2016 JUL 13  PM 12: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

ATTORNEY(S) FOR: IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FREDDIE L. BLACKSHEAR

Plaintiff(s),

v.

DORA SMITH ; ALEXANDRA SMITH, et al

Defendant(s)

CASE NUMBER:

CV16-05151 MWF(AGR)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ DORA SMITH _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FREDDIE L. BLACKSHEAR | PLAINTIFF |
| DORA SMITH | DEFENDANT |

07/12/2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

DORA SMITH

CV-30 (05/13)                           NOTICE OF INTERESTED PARTIES