DORA SMITH
901 VICTOR AVE., # 2
INGLEWOOD, CA 90302

FILED

2016 JUL 13  PM 12: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FREDDIE L. BLACKSHEAR | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | **CV 16-05151 MWF(AGR)** |
| v. | |
| DORA SMITH, et al | REQUEST TO PROCEED |
| DEFENDANT(S). | IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, DORA SMITH _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes  ☐No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. $1800.00
   _CEDARS-SINAI MEDICAL GROUP, LOS ANGELES, CA_

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐Yes ☑No
   b. Rent payments, interest or dividends?  ☐Yes ☑No
   c. Pensions, annuities or life insurance payments?  ☐Yes ☑No
   d. Gifts or inheritances?  ☐Yes ☑No
   e. Any other income (other than listed above)?  ☐Yes ☑No
   f. Loans?  ☐Yes ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration. *Checking Acct : $40.00*

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes ☐No

   If the answer is yes, describe the property and state its approximate value: *2004 Chevy Tahoe; approx value: $3500.00*

5. In what year did you last file an Income Tax return? *2016*

   Approximately how much income did your last tax return reflect? *N/A*

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   *Alexandra Smith - Daughter; Alex Solano - Grandson I contribute 100% toward their support. I am sole source of income for our family.*

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| CA | LOS ANGELES |
|---|---|
| State | County (or City) |

I, DORA SMITH _____, declare under penalty of perjury that the foregoing is true and correct.

_____  _____
12 July 2016
Date                     Plaintiff/Petitioner (Signature)