**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDDIE L. BLACKSHEAR, | CASE NUMBER |
| PLAINTIFF(S) | CV16-5151-MWF (AGRx) |
| v. | |
| DORA SMITH, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____                    _____
Date                                                            United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous          ☐ Immunity as to _____

☒ Other:  Improperly removed unlawful detainer action.

Comments:

See attached Order Remanding To State Court.

7/15/2016 _____                    *Alicia G. Rosenberg* _____
Date                                                            United States Magistrate Judge

---

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby:          ☐ DISMISSED.
                                                                                                                                    ☒ REMANDED.

July 18, 2016 _____                    *Michael W. Fitzgerald* _____
Date                                                            United States District Judge

---

CV-73 (01/15)                    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*