

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**KIRY K. GRAY**
Clerk of Court

July 18, 2016

 Los Angeles County Superior Court – Santa Monica Courthouse
 1725 Main Street
 Santa Monica, CA 90401

Re:  Case Number:  ____2:16–cv–05151–MWF–AGR____
     Previously Superior Court Case No.  ____16R02802____
     Case Name:  ____FREDDIE L. BLACKSHEAR V. DORA SMITH ET AL____

Dear Sir/Madam:

     Pursuant to this Court's ORDER OF REMAND issued on ____7/18/2016____, the above–referenced
case is hereby remanded to your jurisdiction.

     Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

     Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our
office. Thank you for your cooperation.

                                        Respectfully,

                                        Clerk, U.S. District Court

                                        By: _/s/ *Jenny Lam*_
                                            Deputy Clerk
                                            (Jenny_Lam@cacd.uscourts.gov)
                                            Western Division

*cc: Counsel of record*

Receipt is acknowledged of the documents described herein.

                                        Clerk, Superior Court

_____            By: _____
Date                                        Deputy Clerk

CV–103 (10/15)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)